1070

[No. 9826–1–II.   Division Two.   December 1, 1987.]

DONALD G. HUBER, *Appellant,* v. ANDREW C. CRATSENBERG, *as Trustee,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–06070–4, Rosanne Buckner, J., entered March 21, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10260–9–II.   Division Two.   December 1, 1987.]

ROGER D. AMBURGY, ET AL, *Appellants,* v. MARY E. HARRIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–04152–1, Thomas R. Sauriol, J., entered September 2, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 10276–5–II.   Division Two.   December 1, 1987.]

LARRY SNOPE, ET AL, *Appellants,* v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–02999–0, Thomas A. Swayze, Jr., J., entered September 2, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.